# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JUDY A. NELSON                              Case Number: 05-72466
        5548 SPRINGBROOK ROAD, UNIT G-2    SSN-xxx-xx-9300
        ROCKFORD, IL  61114

                                        Case filed on:    5/16/2005
                                        Plan Confirmed on:  7/8/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $51,211.75    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 210 | US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | WINNEBAGO COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JUDY A. NELSON | 0.00 | 0.00 | 1,144.85 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,144.85 | 0.00 |
| 001 | CHRYSLER HOURLY EMPLOYEES' | 11,227.03 | 11,227.03 | 11,227.03 | 0.00 |
| 003 | MARQUETTE CONSUMER FINANCE LLC | 8,000.00 | 8,000.00 | 8,000.00 | 756.23 |
| 004 | OPTION ONE MORTGAGE CORPORATION | 113,337.99 | 0.00 | 0.00 | 0.00 |
| 005 | OPTION ONE MORTGAGE CORPORATION | 13,649.50 | 11,000.79 | 11,000.79 | 0.00 |
|  | Total Secured | 146,214.52 | 30,227.82 | 30,227.82 | 756.23 |
| 003 | MARQUETTE CONSUMER FINANCE LLC | 45.18 | 45.18 | 45.18 | 0.00 |
| 007 | ACCOUNT RECOVERY SERVICES | 161.00 | 161.00 | 161.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 400.00 | 400.00 | 400.00 | 0.00 |
| 010 | US DEPARTMENT OF EDUCATION | 15,325.59 | 15,325.59 | 15,325.59 | 0.00 |
|  | Total Unsecured | 15,931.77 | 15,931.77 | 15,931.77 | 0.00 |
|  | Grand Total: | 162,146.29 | 46,159.59 | 47,304.44 | 756.23 |

Total Paid Claimant:     $48,060.67
Trustee Allowance:       $3,151.08           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     100.00           discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                             Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 10/30/2008          By  /s/Heather M. Fagan